IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | In Proceedings Under |
| Paul D. Hart | ) | Chapter 13 |
| Virginia D. Hart | ) | |
| Debtors. | ) | Case No.: 11-71245-BHL-13 |
| | ) | |

**DEBTORS' MOTION TO MODIFY PLAN AFTER CONFIRMATION
AND NOTICE OF RESPONSE DEADLINE**

**COMES NOW** Debtors, by Counsel, and herewith files this Motion to Modify Plan After Confirmation.  In support of this Motion the Debtors state as follows:

1. Debtors filed for relief under Chapter 13 on August 4, 2011.  The Plan was confirmed by Order of this Court on October 17, 2011.  The Monthly payment presently is $750.00. There are 23 months remaining;

2. Debtor Wife is unemployed.  Debtor Husband is employed but the overall income presently in the household, as compared to the income projected on Schedule I at filing, is approximately $1,600.00 less than projected at filing as follows (Debtor Husband's wage income - there is presently no other income in the home):

| **Pay date** | **Gross pay** | **Net Pay (after adding back in deduction for plan payment)** |
|---|---|---|
| June 27, 2014 | $1,021.69 | $668.21 |
| July 3, 2012 | $515.34 | $288.13 |
| July 11, 2014 | $841.68 | $553.40 |
| July 18, 2014 | $519.42 | $318.31 |
| July 25, 2014 | $665.73 | $425.04 |
| August 1, 2014 | $487.92 | $267.12 |
| August 8, 2014 | $781.52 | $509.49 |
| August 15, 2014 | $997.02 | $652.69 |
| August 22, 2014 | $1,069.16 | $698.11 |
| August 29, 2014 | $1,072.03 | $699.91 |
| September 5, 2014 | $530.58 | $298.24 |
| September 12, 2014 | $1,215.96 | $790.56 |

| September 19, 2014 | $1,066.29 | $696.30 |
| September 26, 2014 | $790.07 | $515.74 |
| **Totals - 14 pays** | **$11,574.41 /14 = $826.74 x 4.3 = $3,554.99** | **$7,381.25 /14 = $527.23 x 4.3 = $2,267.09** |

($2,267.09 average for 14 pays versus $3,845.13 projected total household net income at filing);

    3.    Although Debtors are economizing in their budget where possible this reduction in disposable household income of approximately $1,600.00 net has left the Debtors unable to fund the current plan payment of $750.00 and fund necessary, ordinary and usual household expenses;

    4.    Therefore, Debtors pray that the Court modify the Debtors' confirmed plan after confirmation as follows:

        a.    Decrease monthly plan payments from $750.00 monthly to $300.00 commencing October, 2014 or as soon thereafter as is practical through April, 2015;

        b.    Reduce the fixed monthly payment to Toyota Motor Credit Corporation on the 2009 Rav 4 from $450.00 monthly to $275.00 monthly from October, 2014 through April, 2015; and

        c.    Plan term remain the same.

    5.    This modification is in the best interests of the Debtors, the estate, and the creditors thereof.

**PLEASE TAKE NOTICE THAT** any objection must be filed with the Bankruptcy Clerk within **21** days of the date of this notice [or such other time as may be permitted by Fed.R. Bank.P. 9006(f)]. Those not required or not permitted to file electronically must deliver any objection by U.S. Mail, courier, overnight/express mail or in person at:

    United States Bankruptcy Court
    352 Federal Building
    101 N.W. M.L. King Blvd.
    Evansville, IN 47708

The objecting party must ensure delivery of the objection to the party filing the motion. **If an objection is not timely filed, the requested relief may be granted.** If a response is filed, a hearing will be set at a later date, and all parties will receive notice of that hearing.

    **WHEREFORE**, the Debtors pray the Court modify the confirmed plan as requested herein, and for all other relief deemed appropriate in the premises.

|  |  |
|---|---|
| October 7, 2014 | Respectfully Submitted,<br><br>/s/ Kevin S. Kinkade<br>Kevin S. Kinkade<br>Attorney for Debtor<br>123 N. W. Fourth Street, Suite 201<br>Evansville, IN 47708<br>Telephone: (812) 434-4909<br>kinkadeassociates@hotmail.com |

## Certificate of Service

    The undersigned hereby certifies that on October 7, 2014, a copy of the foregoing **Motion to Modify Plan After Confirmation and Notice of Response Deadline** was filed electronically. Notice of this filing will be delivered to the following concerned individuals electronically, through the Court's electronic case filing system. Parties may access this filing through said system.

| US TRUSTEE<br>ustregion10.in.ecf@usdoj.gov | Robert Musgrave<br>Chapter 13 Trustee<br>chap13@trustee13.com |
|---|---|

The undersigned hereby certifies that a true and correct copy of the foregoing document was delivered to the following concerned individuals by U.S. Mail on this day, October 7, 2014.

| Paul & Virginia Hart<br>3108 Arlington Ave.<br>Evansville, IN 47712 | Asset Recovery Solutions<br>2200 E Devon Ave., Ste 200<br>Des Plaines, IL 60018-4501 | Best Buy Credit Services<br>PO Box 183195<br>Columbus, OH 43218-3195 |
|---|---|---|
| Bureaus Investment Group No 15<br>1717 Central St<br>Evanston, IL 60201 | Bureaus Investment Group Portfolio No 15 LLC<br>c/o Recovery Management Systems Corporate<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131-1605 | CANDICA, LLC<br>c/o Weinstein & Riley, PS<br>2001 Western Ave, Ste 400<br>Seattle, WA 98121 |
| Capital Management Services<br>726 Exchange St Ste 700<br>Buffalo, NY 14210 | Capital One<br>Bankruptcy Department<br>PO Box 54529<br>Oklahoma City, OK 73154 | Capital One, N.A<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Ste 200<br>Tucson, AZ 85712 |
| Chase Bank USA, N.A.<br>PO Box 15153<br>Wilmington, DE 19850 | Credit One Bank<br>PO Box 98873<br>Las Vegas, NV 89193 | Deaconess Health System<br>P.O. Box 1230<br>Evansville, IN 47706-1230 |

| | | |
|---|---|---|
| Deaconess Hospital<br>PO Box 152<br>Evansville, IN 47701-0152 | eCAST Settlement Corp<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Ste 200<br>Tucson, AZ 85712 | Evansville Ambulance Service<br>950 Virginia St.<br>Evansville, IN 47711 |
| Family Medicine Associates<br>PO Box 2788<br>Evansville, IN 47728-0788 | Fashion Bug<br>PO Box 182272<br>Columbus, OH 43218 | Fifth Third Bank /Southern IN<br>PO Box 630900<br>Cincinnati, OH 45263-0900 |
| Fifth Third Mortgage Co<br>5001 Kingsley Drive<br>MD 1MOBBW<br>Cincinnati, OH 45227 | Flynn, Rheinlander And Shaw<br>Po Box 3047<br>Evansville, IN 47730 | Home Depot<br>2455 Paces Ferry Rd<br>Atlanta, GA 30339 |
| HSBC<br>961 North Weigel Ave<br>Elmhurst, IL 60127 | HSBC Bank Nevada,<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Ste 200<br>Tucson, AZ 85712 | Kahn, Dees, Donovan & Kahn<br>PO Box 3646<br>Evansville, IN 47735-3646 |
| Lowes/GEMB<br>PO Box 965004<br>Orlando, FL 33896 | LVNV Funding LLC its successors and assigns<br>c/o Resurgent Capital Svcs<br>PO Box 10587<br>Greenville, SC 29603-0587 | Med 1 Solutions<br>517 US Hwy 31 N<br>Greenwood, IN 46142 |
| Medical And Professional<br>5055 Newburgh Plaza South<br>Newburgh, IN 47629 | Northland Group Inc<br>PO Box 390846<br>Minneapolis, MN 55439 | Old National Bank<br>PO Box 867 -Bankruptcy<br>Evansville, IN 47705-9987 |
| Old National Bank<br>1 Main St<br>Evansville, IN 47708-1464 | Oral Surg Group Of Eville<br>550 W. Virginia St<br>Evansville, IN 47710-1614 | Oral Surgery Group<br>c/o David M. Shaw<br>Flynn, Rheinlander & Shaw<br>P.O. Box 3047<br>Evansville, IN 47730-3047 |
| Portfolio Recovery Associates, LLC<br>120 Corporate Blvd, Ste 100<br>Norfolk, VA 23541 | Sams Club<br>PO Box 530942<br>Atlanta, GA 30353 | Sears<br>PO Box 183082<br>Columbus, OH 43218-3082 |
| Sentry Credit, Inc.<br>2809 Grand Ave<br>Everett, WA 98201 | Steven Freimiller<br>3108 Arlington Ave<br>Evansville, IN 47712 | Toyota Financial Services<br>PO BOX 8026<br>Cedar Rapids, Iowa 52408 |
| Toyota Motor Credit Corporation (TMCC) | Vanderburgh Co Treasurer<br>Room 210 Civic Center | Victorias Secret<br>PO Box 182125 |

| | | |
|---|---|---|
| PO BOX 8026<br>Cedar Rapids, Iowa 52408 | 1 NW Martin Luther King JR BLVD<br>Evansville IN 47708-1832 | Columbus, OH 43218 |
| Walmart<br>PO Box 530927<br>Atlanta, GA 30353-0927 | World Financial Network National Bank<br>Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | |

/s/ Kevin S. Kinkade
Kevin S. Kinkade
Kinkade & Associates, P.C.
123 N W 4th Street Suite 201
Evansville, IN 47708
(812) 434-4909
(812) 434-4831
**kinkadeassociates@hotmail.com**