SO ORDERED: November 5, 2014.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
### EVANSVILLE DIVISION

IN RE:                                          )
    PAUL D. HART                      ) CASE NO.11-71245–BHL-13
    VIRGINIA D. HART                 )
        DEBTOR(S)                    )

## ORDER GRANTING DEBTORS' MOTION TO MODIFY CHAPTER 13 PLAN

**Comes Now** the Court on the debtors' Motion to Modify Chapter 13 Plan filed on October 7, 2014 (Doc. # 84), and such motion having been duly noticed and no objections having been filed the Court does now

**ORDER** that:

1. The debtors' plan is modified as follows:

   a. The monthly plan payments are decreased to $300.00, commencing October 2014 through and including April 2015; and
   b. The monthly disbursement to Toyota Motor Credit, Trustee Claim No.006/Court Claim No. 003, is decreased to $275.00 for the period October 2014 through and including April 2015.

2. In all other respects, debtors' plan as confirmed remains in full force and effect.

###