UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: PAUL HART | CASE NO: 11-71245 |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 11/7/2014, a copy of the following documents, described below,

Order on MPCM,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/7/2014

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Chapter 13 Trustee
Robert P Musgrave
PO Box 972
Evansville, IN 47706-0972

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

LABEL MATRIX FOR LOCAL NOTICING
0756-3
CASE 11-71245-BHL-13
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE
FRI NOV 7 12-48-34 EST 2014

ASSET RECOVERY SOLUTIONS LLC
2200 E DEVON AVE STE 200
DES PLAINES IL 60018-4501

ATTORNEY GENERAL OF THE UNITED STATES
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0001

BEST BUY CREDIT SERVICES
PO BOX 183195
COLUMBUS OH 43218-3195

BUREAUS INVESTMENT GROUP NO 15
1717 CENTRAL ST
EVANSTON IL 60201-1507

BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC
CO RECOVERY MANAGEMENT SYSTEMS CORPORAT
25 SE 2ND AVENUE SUITE 1120
MIAMI FL 33131-1605

CANDICA LLC
C O WEINSTEIN AND RILEY PS
2001 WESTERN AVENUE STE 400
SEATTLE WA 98121-3132

CAPITAL MANAGEMENT SERVICES LP
726 EXCHANGE ST STE 700
BUFFALO NY 14210-1464

CAPITAL ONE
BANKRUPTCY DEPARTMENT
PO BOX 54529
OKLAHOMA CITY OK 73154-1529

CAPITAL ONE N.A
BASS & ASSOCIATES P.C.
3936 E. FT. LOWELL RD SUITE 200
TUCSON AZ 85712-1083

CHASE BANK USA N.A.
PO BOX 15153
WILMINGTON DE 19850-5153

CHASE CARD SERVICES
PO BOX 15298
WILMINGTON DE 19850-5298

CREDIT ONE BANK
PO BOX 98873
LAS VEGAS NV 89193-8873

DEACONESS HEALTH SYSTEM
P.O. BOX 1230
EVANSVILLE IN 47706-1230

DEACONESS HOSPITAL
PO BOX 152
EVANSVILLE IN 47701-0152

MICHAEL E. DIRIENZO
KAHN DEES DONOVAN & KAHN LLP
501 MAIN ST. STE. 305 P.O. BOX 3646
EVANSVILLE IN 47735-3646

EVANSVILLE AMBULANCE SERVICE
950 VIRGINIA ST.
EVANSVILLE IN 47711-5645

FAMILY MEDICINE ASSOCIATES
CO KAHN DEES DONOVAN & KAHN LLP
PO BOX 3646
EVANSVILLE IN 47735-3646

FAMILY MEDICINE ASSOCIATES
PO BOX 2788
EVANSVILLE IN 47728-0788

FASHION BUG
PO BOX 182272
COLUMBUS OH 43218-2272

FIFTH THIRD BANK
SOUTHERN INDIANA
PO BOX 630900
CINCINNATI OH 45263-0900

FIFTH THIRD MORTGAGE COMPANY
CO DOYLE LEGAL CORPORATION P.C.
41 EAST WASHINGTON STREET
SUITE 400
INDIANAPOLIS IN 46204-3517

FIFTH THIRD MORTGAGE COMPANY
5001 KINGSLEY DRIVE
MD 1MOBBW
CINCINNATI OH 45227-1114

FLYNN RHEINLANDER AND SHAW
PO BOX 3047
EVANSVILLE IN 47730-3047

*DEBTOR*

HSBC
961 NORTH WEIGEL AVE
ELMHURST IL 60126-1058

HSBC BANK NEVADA
BASS & ASSOCIATES P.C.
3936 E. FT. LOWELL ROAD SUITE #200
TUCSON AZ 85712-1083

PAUL DEWAYNE HART
3108 ARLINGTON AVE
EVANSVILLE IN 47712-4527

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

VIRGINIA DIANA HART
3108 ARLINGTON AVE
EVANSVILLE IN 47712-4527

HOME DEPOT
2455 PACES FERRY RD
ATLANTA GA 30339-1834

KAHN DEES DONOVAN & KAHN
PO BOX 3646
EVANSVILLE IN 47735-3646

EXCLUDE
~~KEVIN S. KINKADE~~
~~KINKADE & ASSOCIATES P.C.~~
~~123 NW 4TH ST STE 201~~
~~EVANSVILLE IN 47708-1709~~

KINKADE & ASSOCIATES P.C.
123 N W 4TH STREET SUITE 201
EVANSVILLE IN 47708-1709

LVNV FUNDING LLC ITS SUCCESSORS AND
ASSIGNS
CO RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

LOWESGEMB
PO BOX 965004
ORLANDO FL 32896-5004

MED 1 SOLUTIONS
517 US HWY 31 N
GREENWOOD IN 46142-3932

MEDICAL & PROFESSIONAL COLLECTION
SERVICES
PO BOX 1116
NEWBURGH IN 47629-1116

MEDICAL AND PROFESSIONAL
5055 NEWBURGH PLAZA SOUTH
NEWBURGH IN 47629

EXCLUDE
~~ROBERT P. MUSGRAVE~~
~~OFFICE OF ROBERT P. MUSGRAVE~~
~~P. O. BOX 972~~
~~EVANSVILLE IN 47706-0972~~

NORTHLAND GROUP INC
PO BOX 390846
MINNEAPOLIS MN 55439-0846

OLD NATIONAL BANK
1 MAIN ST
EVANSVILLE IN 47708-1464

OLD NATIONAL BANK
PO BOX 867 -BANKRUPTCY
EVANSVILLE IN 47705-0867

ORAL SURG GROUP OF EVILLE INC.
550 W. VIRGINIA ST
EVANSVILLE IN 47710-1684

ORAL SURGERY GROUP
CO DAVID M. SHAW
FLYNN RHEINLANDER & SHAW LLP
P.O. BOX 3047
EVANSVILLE IN 47730-3047

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

S. BRENT POTTER
DOYLE LEGAL CORPORATION PC
41 E. WASHINGTON STREET
SUITE 400
INDIANAPOLIS IN 46204-2413

SAMS CLUB
PO BOX 530942
ATLANTA GA 30353-0942

SEARS
PO BOX 183082
COLUMBUS OH 43218-3082

SENTRY CREDIT INC.
2809 GRAND AVE
EVERETT WA 98201-3417

STEVEN FREIMILLER
3108 ARLINGTON AVE
EVANSVILLE IN 47712-4527

TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

TOYOTA MOTOR CREDIT CORPORATION
(TMCC)
PO BOX 8026
CEDAR RAPIDS IOWA 52408-8026

U.S. ATTORNEY'S OFFICE
10 W MARKET ST STE 2100
INDIANAPOLIS IN 46204-1986

EXCLUDE
~~U.S. TRUSTEE~~
~~101 W. OHIO ST., STE. 1000~~
~~INDIANAPOLIS IN 46204-1982~~

VANDERBURGH COUNTY TREASURER
ROOM 210 CIVIC CENTER
1 NW MARTIN LUTHER KING JR BLVD
EVANSVILLE IN 47708-1887

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

VICTORIAS SECRET
PO BOX 182125
COLUMBUS OH 43218-2125

WALMART
PO BOX 530927
ATLANTA GA 30353-0927

WORLD FINANCIAL NETWORK NATIONAL BANK
QUANTUM3 GROUP LLC
PO BOX 788
KIRKLAND WA 98083-0788

ECAST SETTLEMENT CORPORATION
CO BASS & ASSOCIATES P.C.
3936 E FT. LOWELL SUITE 200
TUCSON AZ 85712-1083